IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DORMAN,<br><br>           Plaintiff,<br><br>     v.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>           Defendants. | No. 17-cv-00285 CW<br><br>ORDER GRANTING MOTION TO COMPEL ARBITRATION OF DORMAN'S INDIVIDUAL CLAIMS AND STAYING ACTION PENDING ARBITRATION |

Pursuant to the Ninth Circuit's conclusion that the breach of fiduciary claims asserted in the First Amended Class Action Complaint on behalf of Plaintiff Michael Dorman are subject to an enforceable arbitration provision in the Schwab Retirement Savings and Investment Plan, see Memorandum at 2-6, Docket No. 145, the Court GRANTS Defendants' request to compel arbitration of Dorman's individual claims[1] and to stay this action pending arbitration.  See Mot. to Compel Arbitration at 2, Docket No. 70. The Clerk shall administratively close this case, subject to reopening if a petition to enforce the arbitration award is filed.

   IT IS SO ORDERED.

Dated: November 20, 2019

_____
CLAUDIA WILKEN
United States District Judge

---

[1] Consistent with the Ninth Circuit's ruling, the claims to be arbitrated are Dorman's "individual claims limited to seeking relief for the impaired value of the plan assets in the individual's own account resulting from the alleged fiduciary breaches."  Memorandum at 6, Docket No. 145.